UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAIQUIRI MCHANEY, on behalf of
herself and others similarly situated,

    Plaintiff,

v.                                          Case No.   3:16-cv-345-J-32MCR

SCHOOL BOARD OF UNION
COUNTY,

    Defendant.

## O R D E R

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. 7). On January 24, 2017, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 14) recommending that the joint motion (Doc. 7) be granted, the amended joint motion for approval of settlement (Doc. 13) be terminated,[1] the settlement agreement be approved, and the case be dismissed with prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 14), it is hereby

**ORDERED:**

---

[1] The Court construes this motion as a supplement to the original joint motion.

2

1.    The Report and Recommendation of the Magistrate Judge (Doc. 14) is **ADOPTED** as the opinion of the Court.

2.    The Joint Motion for Approval of Settlement (Doc. 7) is **GRANTED**.

3.    The settlement agreement is **APPROVED**.

4.    This case is **DISMISSED with prejudice**.

5.    The Clerk shall terminate the Amended Joint Motion for Approval of Settlement (Doc. 13) and any pending motions, and shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 13th day of February, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record